**Willie Lee JOHNSON, Plaintiff–**
**Appellant**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division; Christina Melton Crain, Chair-**

---

man, Texas Department of Criminal Justice Division; Brad Livingston, Executive Director, Texas Department of Criminal Justice; Kim Vernon, State Counsel of Offenders, Texas Department of Criminal Justice; Melinda Bozarth, as General Counsel, Defendants–Appellees.

No. 08–10260
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Willie Lee Johnson, Livingston, TX, pro se.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Proceeding pro se and in forma pauperis, Willie Lee Johnson, a former Texas prisoner, filed a 42 U.S.C. § 1983 complaint for damages against numerous defendants involved in his 1996 Texas state conviction for driving while intoxicated. The district court dismissed the complaint as barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and as repetitive and malicious. Johnson does not challenge the district court's conclusion that his claims were barred by *Heck* or were repetitive and malicious.

By failing to brief any argument challenging the district court's reasons for dismissal, Johnson has abandoned the only grounds for appeal. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987). The appeal is wholly without arguable merit and is frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Because the appeal is frivolous, it is dismissed. *See* 5TH CIR. R. 42.2. Johnson is warned that future frivolous filings will invite the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.